STATE of Missouri, Respondent,

v.

**Paul E. SHARP, Appellant.**

**No. WD 71684.**

Missouri Court of Appeals,
Western District.

March 22, 2011.

Melinda K. Pendergraph, Columbia, MO, for appellant.

Shaun J. Mackelprang and John Grantham, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA and GARY D. WITT, Judges.

### ORDER

PER CURIAM.

Paul Sharp appeals his conviction by jury on one count of possessing a controlled substance, a violation of Section 195.202, RSMo.2000. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).